UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 07 B 12989
  STEPHEN V REDMAN
  KELLIE A REDMAN                             CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

          Debtor
  SSN XXX-XX-0105      SSN XXX-XX-7502
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/20/07 .

    2.   The case was dismissed without confirmation, 04/25/2008.

    3.   The Debtor paid a total of $   4928.00 .

    4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | .00 | .00 | 4404.12 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| NORTH SHORE COMMUNITY BA | UNSECURED | NOT FILED | .00 | .00 |
| STARWOOD VACATION OWNERS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GREENLEAF ORTHOPAEDIC AS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MATHANGI R SEKHARAN INC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE COMMUNITY BA | UNSECURED | NOT FILED | .00 | .00 |
| RADIO SHACK CORP | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SILVER LAKE RESCUE | UNSECURED | NOT FILED | .00 | .00 |
| THE CHILDRENS HEALTH CEN | UNSECURED | NOT FILED | .00 | .00 |
| VICTORY MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| VISTA IMAGING ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| LEGAL HELPERS PC | ORIGINAL ATTO | 2500.00 | .00 | 45.05 |

                Summary of disbursements:
------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED              .00      2500.00            .00           .00      2500.00
PRINCIPAL PAID              4404.12        45.05            .00           .00      4449.17
INTEREST PAID                   .00          .00            .00           .00          .00
TOTAL PAID                  4404.12        45.05            .00           .00      4449.17
```

The Debtor's attorney, STATELINE LEGAL                    , was allowed $      .00
and was paid $       .00 .

The Trustee received $    236.45 .

Refunds to the Debtor totaled $    242.38 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/20/08                      /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE